MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-2733
E-Mail: lillian.j.lee@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN HANCOCK,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 2:24-CV-03425-DC-CKD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty-five (35) days from April 18, 2025, up to and including May 23, 2025. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

This is the Defendant's first request for an extension. Defendant respectfully requests this extension to allow sufficient time to prepare the Commissioner's brief in light of this case's recent reassignment to Defendant's undersigned counsel due to office need. Counsel has been diligent in her work, and in the last four weeks, has completed five responsive briefs. In addition to this case, counsel has five upcoming responsive briefs in the next four weeks, including a Circuit brief.

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
| Dated: April 16, 2025 | By: | /s/ *Christopher J. Reichman**  (*as authorized via e-mail on April 14, 2025)  CHRISTOPHER J. REICHMAN  Attorney for Plaintiff |
| Dated: April 16, 2025 |   | MICHELE BECKWITH  Acting United States Attorney  MATHEW W. PILE  Associate General Counsel  Social Security Administration |
|   | By: | /s/ *Lillian J. Lee*  LILLIAN J. LEE  Special Assistant U.S. Attorney  Attorneys for Defendant |

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including May 23, 2025, to respond to Plaintiff's Motion for Summary Judgment.

Dated: April 17, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE