MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-2733
E-Mail: lillian.j.lee@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN HANCOCK,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 2:24-CV-03425-DC-CKD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended from May 23, 2025, up to and including June 20, 2025. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

This is the Defendant's second request for an extension. Since the last extension request, Defendant has identified a possibility for settlement of this matter and respectfully requests this extension to allow sufficient time to internally discuss, and if required, negotiate with Plaintiff's counsel. Counsel has been diligent in her work, and in the last four weeks, has completed two responsive briefs. Defendant's counsel also recently contracted COVID-19 which limited her productivity. In addition to this case, counsel has seven upcoming responsive briefs in the next

four weeks, including a Circuit brief.

Respectfully submitted,

Dated: May 22, 2025  By:  /s/ *Christopher J. Reichman**
(*as authorized via e-mail on May 22, 2025)
CHRISTOPHER J. REICHMAN
Attorney for Plaintiff

Dated: May 22, 2025  MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:  /s/ *Lillian J. Lee*
LILLIAN J. LEE
Special Assistant U.S. Attorney
Attorneys for Defendant

### ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including June 20, 2025, to respond to Plaintiff's Motion for Summary Judgment.

Dated: May 27, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE