MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
LILLIAN LEE, NY 5449764
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (206) 615-2733
      E-Mail: Lillian.j.lee@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN HANCOCK,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CIVIL NO. 2:24-cv-03425-DC-CKD<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Appeals Council will instruct the Administrative Law Judge to reevaluate whether Plaintiff experienced medical improvement; proceed through the sequential evaluation process, as warranted; and offer Plaintiff the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

| | |
|---|---|
| Dated: June 10, 2025 | /s/ *Christopher J. Reichman*\* |
| | CHRISTOPHER J. REICHMAN |
| | Attorney for Plaintiff |
| | \*Authorized via e-mail on June 10, 2025 |
| | |
| | MICHELE BECKWITH |
| | Acting United States Attorney |
| | MATHEW W. PILE |
| | Associate General Counsel |
| | Social Security Administration |
| | |
| By: | /s/ *Lillian J. Lee* |
| | LILLIAN J. LEE |
| | Special Assistant United States Attorney |
| | |
| | Attorneys for Defendant |

### ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: June 11, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE