# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN HANCOCK,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY, Defendant. | Case No. 2:24-cv-03425-DC-CKD<br><br>**ORDER GRANTING JOINT MOTION FOR SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL JUSTICE ACT, 28 § 2412(d)** |

Based upon the Joint Motion for Settlement of Attorney Fees Pursuant to the Equal Justice Act, 28 U.S.C. § 2412(d) and costs of suit, **IT IS ORDERED** that:

1. The Joint Motion for Settlement of Attorney Fees (ECF NO. 20) is GRANTED; and

2. Fees in the amount of $6,000.00 as authorized by 28 U.S.C. § 2412(d) are awarded subject to the terms of the Joint Motion.

Dated: July 1, 2025

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE